

LOMBARD & GELIEBTER LLP
1325 Avenue of the Americas, 28th Fl.
New York, NY 10019

T  212.520.1172
F  646.349.5567

**www.LombardIP.com**

DARREN M. GELIEBTER
E-MAIL: *dgeliebter@lombardip.com*
DIRECT DIAL:  +1 (212) 520-1172

<u>*Via ECF*</u>                                                                                   May 21, 2026

The Honorable James R. Cho, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  *BHRS Group, LLC v. EZ Inventions LLC d/b/a Filter 123 et al.*, No. 1:26-cv-2460
>       <u>Consent Request for Extension of Time for Defendants to Respond to Complaint</u>

Dear Judge Cho:

      This firm represents BHRS Group, LLC ("Plaintiff") in the above-referenced matter. We write, with the consent of Defendants EZ Inventions LLC, Brilliant Initiatives LLC, and Shimon Oestreicher (collectively, "Defendants"), to request a 31-day extension of time and alignment of deadlines for all Defendants to answer, move, or otherwise respond to the Complaint (ECF No. 1) in this matter, bringing the new deadline to **June 22, 2026**.

      Defendant Brilliant Initiatives LLC's response to the Complaint is currently due on May 22, 2026. Defendant EZ Invention LLC's response to the Complaint is currently due on May 25, 2026. Defendant Shimon Oestreicher has not yet been served, but per agreement of Mr. Oestreicher's counsel to accept service on his behalf, Plaintiff anticipates completing service within the next few days. If the extension is granted, all Defendants' responses would be due on or before June 22, 2026.

      This is the first request for an extension in this matter, and it will not affect any other dates or deadlines. All parties consent to the proposed extension. Counsel for Defendants represents that good cause exists for this extension request because Defendants recently engaged counsel in this matter and require additional time to review the Complaint and get acquainted with the facts of the case. In addition, the parties believe that additional time would allow them to more fully explore the possibility of an early resolution of this dispute.

      If the requested extension is acceptable, Plaintiff respectfully requests that the Court SO ORDER this letter.

      We thank the Court for its attention in this matter.

                               Respectfully submitted,

                               */s/ Darren M. Geliebter*
                               Darren M. Geliebter

cc:  All Counsel of Record via ECF